**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                                          Chapter 11

YORKTOWN ELECTRIC, INC.,                                           Case No.: 8:22-bk-02329-CED

    Debtor.
_____/

## MOTION FOR ENTRY OF FINAL DECREE

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Suite 555, Tampa, FL 33602 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

**COMES NOW**, YORKTOWN ELECTRIC, INC. (the "Debtor"), through undersigned counsel, and files this its Motion For Entry of Final Decree pursuant to 11 U.S.C. § 350, Fed. R. Bankr.P. 3022, and M.D. Fla.L.B.R. 3022-1(a), and states as follows:

1. The Debtor filed for protection pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on June 10, 2022 (the "Petition Date").

2. On October 31, 2022, this Court entered an Order Confirming Debtor's Plan of Liquidation (Doc. No. 70).

3. The Debtor filed its Certificate of Substantial Consummation (Doc. No. 96) on

March 30, 2023.

5.     The undersigned, upon information from the Debtor, believes there are no outstanding issues that would preclude the entry of the Final Decree in this case.

**WHEREFORE** YORKTOWN ELECTRIC, INC., the Debtor, respectfully requests this Honorable Court: (1) grant the instant motion; (2) enter a Final Decree; and (3) for such other and further relief as this Court shall deem appropriate.

**RESPECTFULLY SUBMITTED** on this 30th day of March, 2023.

BUDDY D. FORD, P.A.,

/s/ Jonathan A. Semach
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
Heather M. Reel, Esquire (FBN: 0100357)
Email: Heather@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2023, true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by U.S. Mail to:

Yorktown Electric, Inc., 36750 US Highway 19 N., Palm Harbor, Florida 34684
Matrix

/s/ Jonathan A. Semach
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com